UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE:

KHALID ABDER ISA a/k/a Khalid Isa,              CASE NO. 16-23617-rdd
                               Debtor.          CHAPTER 11
_____X

## OPPOSITION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

_____COMES NOW the undersigned debtor-in-possession, and before this

Honorable Court, most respectfully submits his opposition to the motion for

Relief from the Automatic Stay, based on the following grounds:

I.      MONTHLY PAYMENT of $1,800.00 is being sent to PENNY MAC since

        the submission of the PLAN OF REORGANIZATION and DISCLOSURE

        STATEMENT to the Court up to the present.

II.     The real property with a house located at 39 Wilcox Avenue,

        Yonkers, NY 10705 is the only dwelling place of the debtor and his

        mother.

III.    FLEXIBILITY IN PAYMENT NEGOTIATION:

        Herein debtor in possession is willing to negotiate for a more

        affordable payment arrangement with the mortgage bank and its

        current representative.

IV.     URGENT NEED FOR AN EXPERT  PROPERTY APPRAISER FOR A  RE-

        ASSESSMENT OF THE REAL VALUE OF THE PROPERTY which is

currently in deterioration and almost in an uninhabitable condition.

WHEREFORE, IN VIEW OF ALL THE FOREGOING, it is most respectfully prayed that this OPPOSITION TO THE MOTION FOR RELIEF from the Automatic Stay filed by Frankel Lambert Weiss on behalf of PMT NPL Financing 20014-1 be considered by this Honorable Court in favor of the undersigned.

_____State of New York, July 23, 2018.

**KHALID A. ISA**
**Debtor-in-Possession**

COPY FURNISHED:

ELIZABETH DOYAGA, Esq., 53 Gibson St., Bayshore, NY 11706
SERENE NAKANO, THE U.S. Trustee, 201 Varick St., New York, NY 10014